# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| WILLIE JOE GREEN | § | |
| | § | |
| V. | § | NO. 1: 13-CV-726 |
| | § | |
| CAROLYN W. COLVIN, | § | |
| **Commissioner of Social Security** | § | |
| **Administration** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this court. Pursuant to such order, the court has received and considered the Report of the United States Magistrate Judge on Plaintiff's Unopposed Motion to Dismiss and the Plaintiff's motion. The court concludes that the findings of fact and conclusions of law of the United States Magistrate Judge are correct and the Report of the United States Magistrate Judge is **ADOPTED**. Therefore, it is

**ORDERED** that the Plaintiff's unopposed Motion to Dismiss (Doc. No. 13) is **GRANTED**. A final judgment of dismissal will be entered separately.

**SIGNED** this the **29** day of **July, 2014.**

_____
Thad Heartfield
United States District Judge